**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                  **CASE NO.: 4:05-CR-013-SPM**

**MONTE FISHER,**

      **Defendant.**

_____/


**ORDER CONTINUING AND CONSOLIDATING TRIAL**

      **THIS CAUSE** comes before the Court upon the "Motion for Continuance"
(doc. 34) filed June 20, 2005 in which defense counsel requests a continuance of
trial in order to review discovery with his client and determine whether or not a plea
agreement would be desirable.  The Government is unopposed to the granting of
the motion.

      The Court finds that the ends of justice served by granting the continuance
outweigh the best interests of the public and Defendant in a speedy trial.
Accordingly, it is

      **ORDERED AND ADJUDGED** as follows:

      1.      The motion to continue (doc. 34) is hereby *granted*.

      2.      Trial is reset for ***Monday, July 18, 2005*** at ***8:30am*** at the United

States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this <u>twenty-first</u> day of June, 2005.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge

/pao

Case No.: 4:05-cr-013-SPM