IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                                          CASE NO.: 4:05-CR-013-SPM

**MONTE FISHER,**

      **Defendant.**
_____/

ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Motion for Continuance" (doc. 56) filed September 8, 2005, in which counsel, who lives and works in Mississippi, states that the effects of Hurricane Katrina preclude him from attending the currently-scheduled sentencing.

Although no certificate of consultation is included per Local Rule 7.1(B), counsel advises by phone that the Government does not oppose the motion.

Finding the request to be reasonable, it is

**ORDERED AND ADJUDGED** as follows:

1.    Defendant's Motion for Continuance (doc. 56) is hereby *granted*.

2.    Sentencing is reset for **Monday, November 21, 2005** at *1:30pm* at

the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this <u>thirteenth</u> day of September, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao