IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.: 4:05cr13/MW/CAS
    4:16cv382/MW/CAS

MONTE C. FISHER,

    Defendant.
_____

## **REPORT AND RECOMMENDATION**

This cause is before the court upon referral from the clerk.  Defendant commenced this action by filing a pleading titled "Defendant's Notice of Eligibility / Motion to Vacate / Motion for Appointment of Counsel" which the court construed as a motion to vacate, correct, or set aside his conviction under 28 U.S.C. § 2255.  (ECF No. 106).  Appointment of counsel is not a constitutional right in post-conviction proceedings, and by order of this court dated July 6, 2016, Defendant was given twenty-eight (28) days in which to file an amended motion on the proper form.  (ECF No. 108).  Defendant failed to file an amended petition; therefore, on September 13, 2016, the court issued an order requiring Defendant to show cause, within fifteen (15) days, why this action should not be dismissed for failure to comply with an

Case Nos.:  4:05cr13/MW/CAS; 4:16cv382/MW/CAS

order of the court.  (ECF No. 110).  The time for compliance with the show cause order has now elapsed, and Defendant has failed to file an amended § 2255 motion.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Defendant's failure to comply with an order of the court.

**DONE AND ORDERED** this 6th day of October, 2016.

S\  CHARLES A. STAMPELOS
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

Case Nos.:  4:05cr13/MW/CAS; 4:16cv382/MW/CAS