**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                                **Case Nos. 4:05cr13-MW/CAS**
                                                            **4:16cv382-MW/CAS**

**MONTE C. FISHER,**

         **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation.  ECF No. 111.   Upon consideration, no objections having

been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's

opinion.  This case is **DISMISSED** without prejudice for Defendant's failure to

comply with an order of the Court.  The Clerk shall close the file.

         **SO ORDERED on November 4, 2016.**

                                        **s/Mark E. Walker_____ ____**
                                        **United States District Judge**